CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC, et al., ) | **Case No.: 1:19-cv-169-LEK-KJM** |
| ) | **(Copyright)** |
| Plaintiffs, ) | |
| vs. ) | **STIPULATED CONSENT** |
| ) | **JUDGEMENT BETWEEN** |
| DOE 1, et al., ) | **PLAINTIFFS AND DEFENDANT** |
| ) | **BRENT BALDWIN** |
| Defendants. ) | |

As attested to by the signatures of BRENT BALDWIN and counsel for the Plaintiffs below, this matter comes before the Court on the parties' joint stipulation.

Plaintiffs have filed a Complaint [Doc. #1] alleging Direct Copyright Infringement against BRENT BALDWIN among others.

The parties, after conferral and investigation, now appear, Defendant BRENT

19-169

BALDWIN *pro se* and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in Exhibit 1 to the Complaint [Doc. #1-1].

3. Defendant BRENT BALDWIN concedes to using the website yts.ag ("YTS") of Defendant DOE 2 to download at least a part of the motion pictures *Once Upon a Time in Venice* and *Bokya: Undisputed* as alleged in the Complaint [Doc. #1] and to using the website yifymovie.is ("YIFY") to stream copies of the motion pictures *Mechanic: Resurrection* and *Singularity* due to deceptive and misleading language which led Defendant BRENT BALDWIN to believe that YIFY and YTS were legal platforms for viewing and/or obtaining copies of Copyright protected motion pictures.

4. Pursuant to stipulation of the parties, the below Permanent Injunction and Order is to be entered against Defendant BRENT BALDWIN.

## PERMANENT INJUNCTION

Defendant BRENT BALDWIN is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs.

This Court will retain jurisdiction until April 24, 2021 for the purposes of enforcing the Permanent Injunction and Order.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant BRENT BALDWIN.

DATED: Kailua-Kona, Hawaii, May 9, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

DATED: Kittery, Maine, May 9, 2019.

BRENT BALDWIN

/s/ Brent Baldwin_____

*Pro Se*

Defendant

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
Venice PI, LLC, et al. v. DOE 1, et al.
Case No.: 1:19-cv-00169-LEK-KJM, STIPULATION; AND ORDER