Account Information - Generated 2019-05-23                All times are US Eastern

| | |
|---:|---|
| Account ID | 1462099 |
| Name | Nguyen Manh |
| Phone | |
| Email | justyousmileme@gmail.com |
| Address | |
| City | |
| Country | Viet Nam |
| Account Created | 2016-06-17 12:26:34 |
| Account Closed | n/a  (Current Subscriber) |

## Subscription Summary

| Description | Status | Price | Date Created | Date Closed |
|---|---|---|---|---|
| 1024 MB  (API)[45.76.144.147] | closed | $5.00 | 2018-06-04 22:52:42 | 2018-06-05 00:47:56 |
| 1024 MB  (APICodes)[140.82.52.140] | closed | $5.00 | 2018-05-21 23:14:33 | 2018-05-22 20:28:17 |
| 512 MB  (APICodes)[149.28.226.52] | closed | $2.50 | 2018-06-21 00:44:57 | 2018-06-21 00:52:24 |
| 512 MB CentOS 7 x64 - 207.246.93.79 (APICodes) (New York (NJ)) | active | $2.50 | 2018-06-21 00:57:05 | |
| 1024 MB  (BASH)[45.77.169.80] | closed | $5.00 | 2018-08-16 04:35:31 | 2018-08-16 05:37:19 |
| 1024 MB  (Down2)[45.32.172.159] | closed | $5.00 | 2018-07-21 23:05:47 | 2018-07-21 23:10:47 |
| 1024 MB  (Down3)[207.246.118.220] | closed | $5.00 | 2018-07-21 23:07:11 | 2018-07-21 23:15:38 |
| 1024 MB  (Downloader)[207.246.68.209] | closed | $5.00 | 2018-07-21 22:54:24 | 2019-03-12 04:33:50 |
| 8192 MB  (GPhotos)[45.76.151.239] | closed | $40.00 | 2019-01-25 08:30:34 | 2019-01-25 10:48:15 |
| 8192 MB  (GPhotos)[207.148.76.149] | closed | $40.00 | 2019-01-25 19:15:48 | 2019-01-26 00:35:26 |
| 16384 MB  (GPhotos)[45.76.157.111] | closed | $80.00 | 2019-02-11 19:32:28 | 2019-02-12 08:13:26 |
| 16384 MB  (GPhotosTest)[66.42.50.86] | closed | $80.00 | 2019-02-18 02:51:23 | 2019-02-18 09:58:30 |
| 16384 MB  (GPhotosTest)[45.32.126.76] | closed | $80.00 | 2019-02-17 22:21:44 | 2019-02-17 23:44:38 |
| 8192 MB  (GPhotosTest)[45.32.101.253] | closed | $40.00 | 2019-02-12 20:34:39 | 2019-02-12 22:05:57 |
| 2048 MB  (hls)[45.77.23.207] | closed | $10.00 | 2019-03-25 09:34:34 | 2019-03-25 09:39:16 |
| 2048 MB  (HLS)[45.76.190.25] | closed | $10.00 | 2019-03-25 09:39:32 | 2019-03-25 09:48:32 |
| 1024 MB CentOS 7 x64 - 108.61.250.68 (ITO) (Tokyo, Japan)<br>  IPv6: 2001:19f0:7001:1882:0000:0000:0000:0000 -<br>       2001:19f0:7001:1882:ffff:ffff:ffff:ffff | active | $5.00 | 2016-06-21 23:04:05 | |
| 512 MB  (meTools)[45.32.191.33] | closed | $2.50 | 2017-03-26 22:33:47 | 2018-04-05 08:45:36 |
| 1024 MB  (NODEJS)[108.61.186.131] | closed | $5.00 | 2017-08-05 11:22:22 | 2017-08-05 11:42:35 |
| 768 MB  (OpenVPN)[45.76.153.217] | closed | $5.00 | 2016-11-05 05:16:41 | 2016-11-09 03:48:36 |
| 512 MB  (OpenVPN)[45.76.204.27] | closed | $2.50 | 2017-03-05 02:42:11 | 2017-03-05 02:54:46 |
| 768 MB  (OpenVPN)[108.61.182.252] | closed | $5.00 | 2017-01-24 03:44:03 | 2017-02-24 08:30:41 |
| 512 MB  (P2P)[45.32.114.182] | closed | $3.50 | 2018-08-29 21:08:41 | 2018-08-29 23:00:21 |
| 512 MB  (P2P)[45.32.113.61] | closed | $3.50 | 2018-09-03 07:42:08 | 2018-09-03 08:50:28 |
| 512 MB  (P2P)[139.180.219.83] | closed | $3.50 | 2018-10-27 20:56:51 | 2018-10-27 23:40:01 |
| 512 MB  (P2P)[149.28.140.171] | closed | $3.50 | 2018-09-26 22:14:21 | 2018-09-27 03:45:38 |
| 512 MB  (P2P)[66.42.59.48] | closed | $3.50 | 2018-10-30 06:46:50 | 2018-10-30 07:02:01 |

**Exhibit "1"**

| | | | | |
|---|---|---|---|---|
| 512 MB  (P2P)[45.77.43.82] | closed | $3.50 | 2018-09-04 06:12:15 | 2018-09-04 06:42:13 |
| 512 MB  (P2P)[45.76.152.64] | closed | $3.50 | 2018-11-03 21:42:48 | 2018-11-04 00:01:55 |
| 1024 MB  (Sub)[45.32.238.89] | closed | $5.00 | 2017-10-15 09:28:58 | 2017-10-15 10:17:18 |
| 1024 MB  (Sub)[45.32.54.193] | closed | $5.00 | 2017-10-16 01:02:36 | 2017-10-16 21:47:11 |
| 768 MB  (ThemeLuxury)[45.76.193.92] | closed | $5.00 | 2016-09-19 08:33:45 | 2016-09-19 08:46:36 |
| 768 MB  (ThemeLuxury)[45.76.194.179] | closed | $5.00 | 2016-09-19 08:39:51 | 2016-11-20 19:41:22 |
| 768 MB  (V2)[108.61.163.150] | closed | $5.00 | 2016-08-24 21:37:19 | 2016-08-30 06:51:45 |
| 768 MB  (VPN)[45.32.110.153] | closed | $5.00 | 2016-11-05 04:51:30 | 2016-11-05 05:17:30 |
| 768 MB  (VPN)[45.76.34.168] | closed | $5.00 | 2016-11-27 19:19:51 | 2017-01-08 06:05:17 |
| 768 MB  (VPN2)[45.76.153.114] | closed | $5.00 | 2016-12-01 05:43:51 | 2016-12-01 06:11:07 |
| 768 MB  (VPS)[45.32.14.48] | closed | $5.00 | 2016-07-09 05:43:45 | 2016-07-09 06:19:14 |
| 768 MB  (VPS)[108.61.247.91] | closed | $5.00 | 2016-08-23 00:45:23 | 2016-08-24 21:40:20 |
| 768 MB  (VPS2)[45.76.102.232] | closed | $5.00 | 2016-08-30 06:28:28 | 2016-09-07 09:39:59 |
| 768 MB  (VPS3)[45.32.19.165] | closed | $5.00 | 2016-09-07 09:30:03 | 2016-09-11 08:59:44 |
| 512 MB  (VPSAIO)[45.76.199.179] | closed | $2.50 | 2017-03-03 20:51:55 | 2018-05-30 05:18:12 |
| 1024 MB  (VPSPortal)[108.160.129.112] | closed | $5.00 | 2018-04-15 14:33:31 | 2018-05-30 04:15:42 |
| 2048 MB  (VPSWin)[45.32.41.46] | closed | $20.00 | 2016-08-26 05:53:09 | 2016-08-26 08:48:21 |
| 512 MB  (VPSWIN)[45.76.39.205] | closed | $2.50 | 2017-03-26 22:21:11 | 2017-03-26 22:32:39 |
| 2048 MB  (VPSWIN)[45.76.163.132] | closed | $10.00 | 2017-06-07 10:09:50 | 2017-06-08 00:38:23 |
| 2048 MB  (VPSWIN)[45.32.255.175] | closed | $20.00 | 2016-08-27 09:26:54 | 2016-08-27 10:26:34 |
| 4096 MB  (VPSWIN)[45.32.29.99] | closed | $20.00 | 2017-07-03 04:35:48 | 2017-07-30 06:12:48 |
| 1024 MB  (VPSWIN)[45.32.226.120] | closed | $5.00 | 2017-04-08 23:31:39 | 2017-04-09 21:45:36 |
| 2048 MB  (VPSWIN)[45.32.107.240] | closed | $10.00 | 2017-06-14 20:53:24 | 2017-06-25 21:24:39 |
| 2048 MB  (VPSWIN)[45.76.161.57] | closed | $10.00 | 2017-06-08 05:16:23 | 2017-06-08 06:29:56 |
| 1024 MB  (VPSWin)[45.76.117.48] | closed | $5.00 | 2017-04-08 22:02:27 | 2017-04-08 23:33:08 |
| 1024 MB  (VPSWIN)[45.32.54.169] | closed | $10.00 | 2017-02-18 03:32:26 | 2017-02-24 08:31:28 |
| 512 MB  (VPSWIN)[45.76.145.7] | closed | $2.50 | 2017-03-26 08:03:47 | 2017-03-26 08:56:18 |
| 2048 MB  (VPSWIN)[45.76.101.185] | closed | $20.00 | 2017-01-17 19:52:58 | 2017-01-20 06:56:23 |
| 1024 MB  (VPSWIN)[45.32.106.82] | closed | $10.00 | 2016-12-30 09:38:13 | 2016-12-30 09:46:12 |
| 1024 MB  (VPSWIN)[45.76.159.85] | closed | $10.00 | 2016-12-30 09:40:56 | 2017-01-08 06:05:28 |
| 2048 MB  (VPSWIN)[45.77.32.199] | closed | $10.00 | 2017-05-21 22:34:11 | 2017-05-25 23:09:18 |
| 2048 MB  (VPSWIN2)[45.76.215.22] | closed | $20.00 | 2017-01-17 23:02:06 | 2017-01-20 06:35:51 |
| 1024 MB  (VPSWin2)[45.32.189.170] | closed | $5.00 | 2017-04-08 22:02:27 | 2017-04-08 22:47:04 |
| 2048 MB  (VPSWIN3)[45.76.155.72] | closed | $20.00 | 2017-01-18 04:51:57 | 2017-01-20 06:36:03 |
| 2048 MB  (VPSWIN4)[45.76.157.186] | closed | $20.00 | 2017-01-18 04:52:17 | 2017-01-21 20:22:29 |
| 512 MB  (VPSWindows)[45.76.106.140] | closed | $2.50 | 2017-03-26 08:57:48 | 2017-03-26 11:45:22 |
| 2048 MB  (VPSWINFrance)[104.238.188.253] | closed | $10.00 | 2017-06-25 03:26:13 | 2017-06-25 03:55:37 |
| 512 MB  (VPSWP)[45.76.176.124] | closed | $2.50 | 2017-03-03 20:41:55 | 2017-03-03 20:52:37 |
| 768 MB  (W7)[45.32.112.89] | closed | $5.00 | 2016-12-11 10:07:37 | 2016-12-11 10:13:21 |
| 1024 MB  (WP1)[45.77.152.248] | closed | $5.00 | 2018-07-26 03:44:25 | 2018-07-26 03:51:21 |
| 1024 MB  (WP2)[207.246.122.152] | closed | $5.00 | 2018-07-26 03:42:31 | 2018-07-26 03:51:31 |
| 1024 MB  (WP3)[149.28.239.103] | closed | $5.00 | 2018-07-26 03:43:47 | 2018-07-26 03:51:10 |
| 512 MB CentOS 7 x64 - 149.28.46.179 (WPForest) (New York (NJ)) | active | $2.50 | 2018-05-10 08:38:03 | |

# Payments

We store neither full credit card numbers nor BTC wallet IDs in our system.

| Transaction # | Date | Amount | Status | Type | Details |
|---|---|---|---|---|---|
| 12108487 | 2019-04-07 22:20:02 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 12108482 | 2019-04-07 22:19:26 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 12095605 | 2019-04-06 10:29:56 | 0.00 | denied | paypal | justyousmileme@gmail.com |
| 11077475 | 2018-12-23 20:34:03 | -50.00 | completed | paypal | justyousmileme@gmail.com |
| 10095422 | 2018-09-03 23:03:46 | -50.00 | completed | paypal | justyousmileme@gmail.com |
| 8894037 | 2018-04-27 22:57:09 | -50.00 | completed | paypal | justyousmileme@gmail.com |
| 7921951 | 2017-12-13 08:50:32 | -50.00 | completed | paypal | justyousmileme@gmail.com |
| 7478198 | 2017-10-01 04:05:07 | -5.00 | completed | paypal | justyousmileme@gmail.com |
| 7478186 | 2017-10-01 04:00:42 | -25.00 | completed | paypal | payment@apicodes.com |
| 7445083 | 2017-09-24 10:51:25 | 0.00 | denied | paypal | justyousmileme@gmail.com |
| 7176647 | 2017-07-30 06:14:01 | -25.00 | completed | paypal | justyousmileme@gmail.com |
| 7155188 | 2017-07-24 10:32:09 | 0.00 | denied | paypal | justyousmileme@gmail.com |
| 7005141 | 2017-06-20 23:18:33 | -25.00 | completed | paypal | justyousmileme@gmail.com |
| 7005132 | 2017-06-20 23:16:05 | 0.00 | denied | paypal | justyousmileme@gmail.com |
| 6690151 | 2017-04-09 21:48:41 | -20.00 | completed | paypal | justyousmileme@gmail.com |
| 6487310 | 2017-02-20 06:14:50 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6487306 | 2017-02-20 06:14:25 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6484106 | 2017-02-19 09:58:30 | 0.00 | denied | paypal | justyousmileme@gmail.com |
| 6480553 | 2017-02-18 06:38:02 | 0.00 | denied | paypal | justyousmileme@gmail.com |

| | | | | | |
|---|---|---|---|---|---|
| 6480317 | 2017-02-18 03:43:54 | 0.00 | denied | paypal | justyousmileme@gmail.com |
| 6370903 | 2017-01-20 06:57:06 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6338849 | 2017-01-11 20:36:45 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6240719 | 2016-12-17 09:17:47 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6164436 | 2016-11-27 19:20:58 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6076438 | 2016-11-05 06:56:21 | -5.00 | completed | paypal | justyousmileme@gmail.com |
| 6050062 | 2016-10-28 23:36:37 | -10.00 | completed | paypal | justyousmileme@gmail.com |
| 6047883 | 2016-10-28 10:20:50 | 0.00 | denied | paypal | admin@thispc.net |
| 6031270 | 2016-10-24 10:25:54 | 0.00 | denied | paypal | admin@thispc.net |
| 6019378 | 2016-10-21 10:24:25 | 0.00 | denied | paypal | admin@thispc.net |
| 6006979 | 2016-10-18 10:05:00 | 0.00 | denied | paypal | admin@thispc.net |
| 5615670 | 2016-06-21 22:56:37 | -1.00 | completed | manual | |
| 5615669 | 2016-06-21 22:56:31 | -1.00 | completed | manual | |
| 5613375 | 2016-06-21 07:30:05 | -20.00 | completed | manual | |
| 5613374 | 2016-06-21 07:30:05 | -5.00 | completed | paypal | admin@thispc.net |

# Ticket Export

**Ticket #3971200,  Limit Increase Request**

Date: 2018-05-21 23:22:08

From: justyousmileme@gmail.com

New Instance Limit:
10

New Monthly Instances Cost Limit:

| |
|---|
| 100 |
| Intended Usage: |
| I want to deploy more server on Vultr, but at the moment limit 5 server, please help me change limit to 10. Thank you! |
| Date: 2018-05-22 12:32:14 |
| From: jglynn@vultr.com |
| |
| Hello Nguyen |
| |
| Thank you for your information! |
| |
| We have increased your account limits further. Please try deploying additional instances now. |
| |
| To review your limits please go to: https://my.vultr.com/billing/#billinglimits |
| |
| Please keep in mind that instances in a active/stopped state continue to reserve dedicated system resources (RAM, SSD storage, IP aliases, CPU) and therefore incur charges until you destroy the instance. |
| |
| When you wish to no longer accumulate charges for a virtual machine, please use the DESTROY button in the customer portal. |
| |
| If you need further assistance please do not hesitate to contact us, we are happy to help. |
| |
| Thank you for choosing Vultr, |
| |
| Have a great day! |
| Jen G |
| Vultr.com |

| |
|---|
| **Ticket #3375636,  Limit Increase Request** |
| Date: 2017-10-15 09:54:00 |
| From: justyousmileme@gmail.com |
| |
| New Instance Limit: |
| 100 |
| |
| New Instance Cost Limit: |
| 2000 |
| |
| Intended Usage: |
| Vultr is the best services. I want to move all my website to Vultr. Therefore, I need to create more VPS. |
| Date: 2017-10-15 09:56:49 |
| From: ncorrea@vultr.com |
| |
| Hello, |

Please provide the business name and organization URL(s) under which you offer services and describe in as much detail as possible what you intend to do with your instances. We need to know this in order to make an informed decision regarding your account settings and resource limits to ensure the integrity of our network/systems/online reputation.

For reference, our Acceptable Use Policy is available at this URL:

https://www.vultr.com/legal/use_policy.php

Best Regards,
Nachelle
Vultr.com

| Ticket #3328824,  Vultr.com Account Funding **Warning** |
|---|
| Date: 2017-09-23 10:31:29 |
| From: |
| Dear Vultr Customer, |
| Including pending charges, your account is carrying a $1.24 balance. |
| In order to cover your current balance and your estimated monthly costs, our billing system will automatically deposit $10.00 from your payment method on file in 24 hours. |
| You can review your current balance or make a deposit for a different amount directly from your customer portal: |
| https://my.vultr.com/billing/ |

## Account Logins

These are logins to the account members area only (https://my.vultr.com), not to any deployed instance.

| Date | IP |
|---|---|
| 2019-04-07 22:18:41 | Account IP: 125.214.60.237 |
| 2019-03-25 11:06:28 | Account IP: 125.214.60.237 |
| 2019-03-25 09:34:16 | Account IP: 125.214.60.237 |
| 2019-03-12 04:30:46 | Account IP: 125.214.60.165 IPv6: 2402:800:6312:938a:61d4:3745:b34f:218d |
| 2019-03-11 19:58:44 | Account IP: 125.214.60.165 IPv6: 2402:800:6312:938a:3d0a:a417:bbf7:d516 |
| 2019-02-18 09:58:30 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:acad:f06f:6b36:f3d7 |
| 2019-02-18 08:22:16 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:acad:f06f:6b36:f3d7 |
| 2019-02-18 05:49:57 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:acad:f06f:6b36:f3d7 |
| 2019-02-18 03:53:48 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:acad:f06f:6b36:f3d7 |
| 2019-02-18 02:51:12 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:acad:f06f:6b36:f3d7 |
| 2019-02-17 23:30:46 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:e5dd:5cb9:2ca5:216a |

| | |
|---|---|
| 2019-02-17 22:20:41 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:e5dd:5cb9:2ca5:216a |
| 2019-02-12 22:05:57 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:d823:f18f:6a0b:ebad |
| 2019-02-12 20:34:26 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:d823:f18f:6a0b:ebad |
| 2019-02-12 08:13:12 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:2182:9ed5:b45d:4941 |
| 2019-02-11 21:48:27 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:896a:27bc:49dd:5977 |
| 2019-02-11 20:37:55 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:896a:27bc:49dd:5977 |
| 2019-02-11 19:17:22 | Account IP: 125.214.58.222 IPv6: 2402:800:6312:d27a:896a:27bc:49dd:5977 |
| 2019-01-26 00:35:09 | Account IP: 125.214.60.180 |
| 2019-01-25 19:15:00 | Account IP: 125.214.60.180 |
| 2019-01-25 10:48:15 | Account IP: 125.214.60.180 |
| 2019-01-25 09:56:58 | Account IP: 125.214.60.180 |
| 2019-01-25 08:05:47 | Account IP: 125.214.60.180 |
| 2018-12-23 20:33:22 | Account IP: 125.214.57.189 |
| 2018-11-09 03:48:35 | Account IP: 116.99.224.185 IPv6: 2402:800:623c:e388:75c3:f409:157:a1 |
| 2018-11-04 00:01:55 | Account IP: 171.251.35.37 IPv6: 2402:800:623c:ebb2:99af:cd0e:5d49:a5bf |
| 2018-11-03 23:13:18 | Account IP: 171.251.35.37 IPv6: 2402:800:623c:ebb2:99af:cd0e:5d49:a5bf |
| 2018-11-03 21:42:36 | Account IP: 171.251.35.37 |
| 2018-11-03 21:42:32 | Account IP: 171.251.35.37 IPv6: 2402:800:623c:ebb2:99af:cd0e:5d49:a5bf |
| 2018-10-30 06:46:36 | Account IP: 171.251.35.37 IPv6: 2402:800:623c:ebb2:99af:cd0e:5d49:a5bf |
| 2018-10-27 23:39:28 | Account IP: 171.251.35.37 |
| 2018-10-27 20:54:56 | Account IP: 171.251.35.37 IPv6: 2402:800:623c:ebb2:99af:cd0e:5d49:a5bf |
| 2018-10-24 04:50:51 | Account IP: 27.71.156.57 |
| 2018-10-02 20:14:35 | Account IP: 116.105.60.50 IPv6: 2402:800:623c:3c33:6946:3820:813c:f5ca |
| 2018-09-27 03:45:27 | Account IP: 27.79.89.248 |
| 2018-09-26 21:47:05 | Account IP: 27.79.89.248 |
| 2018-09-21 06:12:24 | Account IP: 27.79.89.248 |
| 2018-09-04 06:11:39 | Account IP: 125.212.159.167 |
| 2018-09-03 23:03:16 | Account IP: 125.212.159.167 |
| 2018-09-03 08:50:09 | Account IP: 125.212.159.167 |
| 2018-09-03 07:41:42 | Account IP: 125.212.159.167 |
| 2018-08-29 23:00:13 | Account IP: 125.212.159.167 |
| 2018-08-29 21:43:00 | Account IP: 125.212.159.167 |
| 2018-08-29 20:59:47 | Account IP: 125.212.159.167 |
| 2018-08-28 08:11:17 | Account IP: 116.105.95.90 |
| 2018-08-16 05:37:19 | Account IP: 116.105.50.10 |
| 2018-08-16 04:34:04 | Account IP: 116.105.50.10 |
| 2018-08-16 00:16:14 | Account IP: 116.105.50.10 |
| 2018-08-10 23:33:56 | Account IP: 116.105.50.10 |

| | |
|---|---|
| 2018-08-08 03:49:39 | Account IP: 116.105.50.10 |
| 2018-08-03 03:21:33 | Account IP: 27.66.3.219 |
| 2018-07-26 03:38:59 | 116.105.53.248 |
| 2018-07-21 22:53:46 | 116.105.53.248 |
| 2018-06-21 00:32:27 | 171.251.35.92 |
| 2018-06-05 06:10:08 | 27.79.86.12 |
| 2018-06-05 03:47:01 | 27.79.86.12 |
| 2018-06-05 01:21:11 | 27.79.86.12 |
| 2018-06-05 00:47:56 | 27.79.86.12 |
| 2018-06-05 00:17:05 | 27.79.86.12 |
| 2018-06-04 22:41:21 | 27.79.86.12 |
| 2018-06-03 23:26:01 | 27.79.86.12 |
| 2018-05-30 04:57:23 | 116.99.181.134 |
| 2018-05-30 03:42:31 | 116.99.181.134 |
| 2018-05-26 06:23:05 | 116.99.181.134 |
| 2018-05-25 03:51:50 | 116.99.181.134 |
| 2018-05-23 00:00:22 | 116.99.181.134 |
| 2018-05-22 20:24:58 | 116.99.181.134 |
| 2018-05-22 08:24:34 | 116.99.181.134 |
| 2018-05-22 05:23:25 | 116.111.133.80 |
| 2018-05-22 02:28:25 | 116.111.133.80 |
| 2018-05-22 00:09:11 | 116.111.133.80 |
| 2018-05-21 23:13:15 | 116.111.133.80 |
| 2018-05-10 19:37:45 | 116.111.133.80 |
| 2018-05-10 09:11:17 | 116.111.133.80 |
| 2018-05-10 08:36:09 | 116.111.133.80 |
| 2018-05-09 20:58:22 | 27.69.226.203 |
| 2018-05-05 19:38:31 | 27.69.226.203 |
| 2018-04-27 22:55:22 | 171.251.42.55 |
| 2018-04-16 23:52:32 | 116.99.235.115 |
| 2018-04-15 21:47:06 | 116.99.235.115 |
| 2018-04-15 16:24:39 | 116.99.235.115 |
| 2018-04-15 14:32:43 | 116.99.235.115 |
| 2018-04-15 09:01:51 | 116.99.235.115 |
| 2018-04-14 09:58:43 | 116.99.235.115 |
| 2018-04-05 08:42:52 | 116.105.89.181 |
| 2018-02-24 04:21:46 | 171.226.158.226 |
| 2018-01-22 04:59:30 | 171.251.41.158 |

| | |
|---|---|
| 2017-12-13 08:49:34 | 116.105.63.149 |
| 2017-10-18 06:05:41 | 27.71.133.56 |
| 2017-10-16 21:31:08 | 171.251.45.56 |
| 2017-10-16 10:31:28 | 171.251.45.56 |
| 2017-10-16 07:42:43 | 171.251.45.56 |
| 2017-10-16 05:38:42 | 171.251.45.56 |
| 2017-10-16 04:25:44 | 171.251.45.56 |
| 2017-10-16 03:47:31 | 171.251.45.56 |
| 2017-10-16 02:12:26 | 171.251.45.56 |
| 2017-10-16 00:47:20 | 171.251.45.56 |
| 2017-10-15 09:07:17 | 171.251.45.56 |
| 2017-10-15 01:02:01 | 171.251.45.56 |
| 2017-10-13 08:08:30 | 171.251.45.56 |
| 2017-10-12 23:46:37 | 171.251.45.56 |
| 2017-10-12 22:42:31 | 171.251.45.56 |
| 2017-10-12 09:24:09 | 171.251.45.56 |
| 2017-10-12 02:22:47 | 171.251.45.56 |
| 2017-10-11 19:23:30 | 171.251.45.56 |
| 2017-10-11 10:38:00 | 171.251.45.56 |
| 2017-10-11 06:25:17 | 171.251.45.56 |
| 2017-10-01 03:58:55 | 171.251.45.56 |
| 2017-09-25 04:40:15 | 116.111.139.42 |
| 2017-08-06 10:29:35 | 27.71.154.185 |
| 2017-08-05 11:21:54 | 27.71.154.185 |
| 2017-07-30 06:12:34 | 27.71.129.44 |
| 2017-07-04 00:19:56 | 116.111.143.208 |
| 2017-07-03 04:34:03 | 116.111.143.208 |
| 2017-07-02 23:11:40 | 116.111.143.208 |
| 2017-06-26 04:29:20 | 27.79.116.92 |
| 2017-06-25 21:24:28 | 27.79.116.92 |
| 2017-06-25 03:25:37 | 27.79.116.92 |
| 2017-06-24 11:22:56 | 27.79.116.92 |
| 2017-06-20 23:15:27 | 116.105.90.68 |
| 2017-06-14 20:52:54 | 116.105.90.68 |
| 2017-06-14 07:56:02 | 116.105.90.68 |
| 2017-06-08 06:29:39 | 27.79.85.176 |
| 2017-06-08 05:16:07 | 27.79.85.176 |
| 2017-06-08 00:38:15 | 27.79.85.176 |

| | |
|---|---|
| 2017-06-07 10:09:19 | 27.79.85.176 |
| 2017-05-25 23:08:22 | 116.105.85.16 |
| 2017-05-21 22:30:49 | 116.105.85.16 |
| 2017-04-26 10:48:37 | 116.111.128.208 |
| 2017-04-26 08:47:51 | 116.111.128.208 |
| 2017-04-09 21:45:21 | 116.105.52.79 |
| 2017-04-08 23:30:25 | 116.105.52.79 |
| 2017-04-08 22:46:56 | 116.105.52.79 |
| 2017-04-08 22:00:20 | 116.105.52.79 |
| 2017-04-08 07:46:41 | 116.105.52.79 |
| 2017-04-03 22:12:40 | 171.251.47.35 |
| 2017-04-03 21:18:53 | 27.79.103.143 |
| 2017-04-03 20:22:40 | 27.79.103.143 |
| 2017-03-27 00:07:48 | 116.98.210.220 |
| 2017-03-26 22:16:47 | 116.98.210.220 |
| 2017-03-26 11:45:13 | 116.98.210.220 |
| 2017-03-26 08:03:04 | 116.98.210.220 |
| 2017-03-05 03:39:23 | 116.98.213.71 |
| 2017-03-05 02:38:11 | 116.98.213.71 |
| 2017-03-03 20:40:51 | 116.98.210.26 |
| 2017-03-02 06:49:27 | 116.98.210.26 |
| 2017-03-02 05:02:03 | 116.98.210.26 |
| 2017-03-01 00:29:19 | 116.98.210.26 |
| 2017-02-24 08:30:30 | 116.98.210.26 |
| 2017-02-20 06:13:28 | 116.98.213.224 |
| 2017-02-19 09:58:05 | 116.98.213.224 |
| 2017-02-19 09:07:46 | 116.98.213.224 |
| 2017-02-18 08:33:46 | 116.98.208.121 |
| 2017-02-18 06:37:28 | 116.98.208.121 |
| 2017-02-18 03:29:30 | 116.98.211.35 |
| 2017-02-16 01:36:41 | 116.98.211.35 |
| 2017-01-24 03:36:53 | 171.226.128.181 |
| 2017-01-21 20:22:11 | 171.247.162.133 |
| 2017-01-20 06:35:27 | 171.247.162.133 |
| 2017-01-18 04:51:20 | 171.247.162.133 |
| 2017-01-17 23:01:50 | 171.247.162.133 |
| 2017-01-17 19:52:35 | 171.247.162.133 |
| 2017-01-11 20:36:13 | 171.247.162.133 |

| | |
|---|---|
| 2017-01-08 08:15:12 | 171.247.202.13 |
| 2017-01-08 06:04:57 | 171.247.202.13 |
| 2017-01-01 12:36:07 | 116.110.151.231 |
| 2016-12-30 09:34:58 | 116.110.151.231 |
| 2016-12-17 09:17:00 | 116.110.151.231 |
| 2016-12-14 23:21:03 | 116.110.145.196 |
| 2016-12-12 01:16:57 | 116.110.145.196 |
| 2016-12-11 09:42:01 | 116.110.145.196 |
| 2016-12-06 10:14:55 | 116.99.120.204 |
| 2016-12-01 05:43:32 | 116.99.120.204 |
| 2016-12-01 05:05:33 | 116.99.120.204 |
| 2016-11-30 18:43:27 | 116.99.120.204 |
| 2016-11-30 03:09:23 | 116.99.120.204 |
| 2016-11-28 08:02:32 | 116.99.120.204 |
| 2016-11-27 19:19:08 | 116.99.123.25 |
| 2016-11-20 19:35:02 | 116.110.108.43 |
| 2016-11-19 09:03:47 | 116.110.108.43 |
| 2016-11-09 03:48:23 | 116.110.108.43 |
| 2016-11-05 09:48:27 | 116.110.108.43 |
| 2016-11-05 06:55:00 | 116.110.108.43 |
| 2016-11-05 04:50:52 | 116.110.108.43 |
| 2016-10-28 23:35:48 | 116.110.107.181 |
| 2016-10-20 06:49:21 | 116.99.120.135 |
| 2016-09-19 23:52:14 | 116.99.142.122 |
| 2016-09-19 08:33:01 | 116.99.142.122 |
| 2016-09-14 23:16:37 | 103.199.43.149 |
| 2016-09-14 22:38:48 | 103.199.43.149 |
| 2016-09-11 08:59:10 | 171.247.153.28 |
| 2016-09-07 09:29:43 | 103.199.37.179 |
| 2016-08-30 06:26:19 | 171.247.192.227 |
| 2016-08-27 10:26:22 | 116.110.219.180 |
| 2016-08-27 09:24:42 | 116.110.219.180 |
| 2016-08-26 08:48:09 | 116.110.219.180 |
| 2016-08-26 05:46:16 | 116.110.219.180 |
| 2016-08-24 21:36:58 | 116.110.219.180 |
| 2016-08-23 00:44:32 | 116.110.219.180 |
| 2016-07-09 06:18:49 | 116.105.192.71 |
| 2016-07-09 05:43:22 | 116.105.192.71 |

| | |
|---|---|
| 2016-07-03 21:28:48 | 116.99.114.42 |
| 2016-06-27 01:34:12 | 116.105.202.32 |
| 2016-06-24 00:16:03 | 116.110.98.26 |
| 2016-06-22 05:09:37 | 116.110.108.121 |
| 2016-06-21 22:50:19 | 116.110.108.121 |
| 2016-06-21 07:28:35 | 116.105.203.85 |
| 2016-06-17 12:26:37 | 116.105.203.85 |