# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 19-00169LEK-KJM |
| CASE NAME: | Venice PI, LLC, et al. Vs. Doe 1 doing business as YIFY, et al. |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/07/2019 | TIME: | |

COURT ACTION: EO: COURT ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITHOUT PREJUDICE

On April 4, 2019, Plaintiffs Millennium Funding, Inc., Hunter Killer Productions, Inc., and Bodyguard Productions, Inc. ("Moving Plaintiffs"), filed an ex parte application for entry of a temporary restraining order, and upon expiration of the temporary restraining order ("TRO"), preliminary injunction against Defendants Doe 1 and Doe 2, and "Third Party Cloudflare, Inc." ("Motion"). [Dkt. no. 7 at 2.] On April 15, 2019, this Court denied the portion of the Motion seeking a TRO, but reserved ruling on the portion of the Motion seeking a preliminary injunction, until the Moving Plaintiffs completed service in accordance with Fed. R. Civ. P. 4. [Dkt. no. 16.]

To date, the Moving Plaintiffs have failed to show proof of service of the Motion. The remaining portion of the Motion is therefore DENIED; however, the denial is WITHOUT PREJUDICE to the Moving Plaintiffs filing a similar motion at a later date, after the completion of service.

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager