CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs
Venice PI, LLC,
MON LLC,
Millennium Funding, Inc.,
Bodyguard Productions, Inc.,
TBV Productions, LLC,
UN4 Productions, Inc., and
Hunter Killer Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC et al.,<br><br>            Plaintiff,<br>vs.<br><br>NGUYEN DINH MANH et. al.<br><br>            Defendants. | Case No.: 1:19-cv-169-LEK-KJM<br>(Copyright)<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TECHMODO LIMITED AND SENTHIL VIJAY SEGARAN TO SERVE INITIAL DISCLOSURES AND ORDER**<br><br>**DENIED**<br><br>SCHEDULING CONFERENCE<br>DATE: 1/6/2020 @ 9:30 AM<br>BEFORE MAGISTRATE JUDGE<br>KENNETH J. MANSFIELD |

## STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TECHMODO LIMITED AND SENTHIL VIJAY SEGARAN TO SERVE INITIAL DISCLOSURES AND ORDER

Whereas, the undersigned parties, Plaintiffs Venice PI, LLC, MON LLC, Millennium Funding, Inc., Bodyguard Productions, Inc., TBV Productions, LLC, UN4 Productions, Inc., and Hunter Killer Productions, Inc. through their counsel Kerry S. Culpepper, Defendant Senthil Vijay Segaran appearing *pro se* and Defendant Techmodo Limited appearing *pro se* through its sole shareholder Senthil Vijay Segaran (these two Defendants hereafter jointly referred to as "YTS Defendants"), agree that it would be appropriate to extend the time to serve initial disclosures in order to allow the YTS Defendants time to file their Answer to Plaintiff's Complaint.

Plaintiffs granted YTS Defendants up until February 21, 2020, to file their Answer to Plaintiff's Complaint.

The YTS Defendants agree that service is proper and to the personal jurisdiction of this Court.

IT IS HEREBY STIPULATED AND AGREED by the parties, that the deadline to submit their initial disclosures shall be extended to February 21, 2020.

DATED: Kailua-Kona, Hawaii, November 5, 2019.

                CULPEPPER IP, LLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Plaintiffs

DATED: London, England, November 5, 2019.

                /s/ Segaran
                Senthil Vijay Segaran, appearing *pro se* and in behalf of Techmodo Limited as its sole shareholder

# DENIED

Pursuant to LR81.1(b), Techmodo Limited must be represented by an attorney.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 15, 2019.

                Kenneth J. Mansfield
                United States Magistrate Judge

_____

*Venice PI, LLC, et al v. NGUYEN DINH MANH, et al*; Case No. 1:19-cv-00169-LEK-KJM; *STIPULATION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES AND ORDER*