IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VENICE PI, LLC, et al., | ) | CIVIL NO. 19-00169 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING PLAINTIFFS' |
| | ) | FIRST EX PARTE MOTION FOR |
| vs. | ) | ORDER PERMITTING CLERK TO |
| | ) | PERFORM FOREIGN MAILING |
| NGUYEN DINH MANH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFFS' FIRST EX PARTE MOTION
FOR ORDER PERMITTING CLERK TO PERFORM FOREIGN MAILING

On November 1, 2019, Plaintiffs Venice PI, LLC, MON LLC, Millennium Funding, Inc., Bodyguard Productions, Inc., TBV Productions, LLC, UN4 Productions, Inc., and Hunter Killer Productions, Inc. (collectively, "Plaintiffs") filed their First Ex Parte Motion for Order Permitting Clerk to Perform Foreign Mailing ("Ex Parte Motion").  ECF No. 56.  The Court elects to decide this matter without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

For good cause shown, the Court GRANTS the Ex Parte Motion.  The Court DIRECTS Plaintiffs to provide the Clerk's Office with all required documents in addressed, postage prepaid, FedEx envelopes.  Plaintiffs shall indicate their attorney's business address as the return address on the envelopes.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 27, 2019.



Kenneth J. Mansfield
United States Magistrate Judge

*Venice PI, LLC v. Manh*, Civil No. 19-00169 LEK-KJM; Order Granting Plaintiffs' First Ex Parte Motion for Order Permitting Clerk to Perform Foreign Mailing