CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs
Venice PI, LLC,
MON LLC,
Millennium Funding, Inc.,
Bodyguard Productions, Inc.,
TBV Productions, LLC,
UN4 Productions, Inc., and
Hunter Killer Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC et al.,<br><br>              Plaintiff,<br>vs.<br><br>NGUYEN DINH MANH et. al.<br><br>              Defendants. | **Case No.: 1:19-cv-169-LEK-KJM**<br>(Copyright)<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT SENTHIL VIJAY SEGARAN TO SERVE INITIAL DISCLOSURES AND ORDER**<br><br>SCHEDULING CONFERENCE DATE: 1/6/2020 @ 9:30 AM BEFORE MAGISTRATE JUDGE KENNETH J. MANSFIELD |

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT SENTHIL
VIJAY SEGARAN TO SERVE INITIAL DISCLOSURES AND ORDER

Whereas, the undersigned parties, Plaintiffs Venice PI, LLC, MON LLC, Millennium Funding, Inc., Bodyguard Productions, Inc., TBV Productions, LLC, UN4 Productions, Inc., and Hunter Killer Productions, Inc. through their counsel Kerry S. Culpepper, and Defendant Senthil Vijay Segaran ("Segaran") appearing *pro se*, agree that it would be appropriate to extend the time to serve initial disclosures in order to allow Segaran time to file his Answer to Plaintiffs' Complaint.

Plaintiffs granted Segaran up until February 21, 2020, to file his Answer to Plaintiffs' Complaint.

Segaran agrees that service is proper and to the personal jurisdiction of this Court.

IT IS HEREBY STIPULATED AND AGREED by the parties, that the deadline for Segaran to submit his initial disclosures shall be extended to February 21, 2020.

DATED: Kailua-Kona, Hawaii, November 15, 2019.

        CULPEPPER IP, LLLC

         /s/ Kerry S. Culpepper
        Kerry S. Culpepper

        Attorney for Plaintiffs

DATED: London, England, November 15, 2019.

      /s/Segaran_____
Senthil Vijay Segaran, appearing *pro se*

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, December 16, 2019.



Kenneth J. Mansfield
United States Magistrate Judge

_____
*Venice PI, LLC, et al v. NGUYEN DINH MANH, et al*; Case No. 1:19-cv-00169-LEK-KJM; *STIPULATION TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES AND ORDER*

3