

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
  AND BEFORE THE USPTO

January 31, 2020

Judge Kobayashi
300 Ala Moana Blvd, # C338,
Honolulu, HI 96850

Case No.: Venice PI, LLC, *et al.* v. NGUYEN DINH MANH, *et al.*, 1:19-cv-00169-LEK-KJM

Dear Judge Kobayashi,

I submitted a proposed stipulated consent judgment between Plaintiffs and Defendant Manh to your Orders email box on December 10, 2019. I am writing to request a status hearing to discuss any concerns regarding the proposed stipulated consent judgment. If such a status hearing is granted, I also request that I be permitted to attend by telephone.

I have sent a copy of this letter to Defendant Manh by email.

Sincerely,
/s/Kerry Culpepper/
Kerry S. Culpepper
kculpepper@culpepperip.com
Attorney for Plaintiffs

Copy via email to Defendant Manh (justyousmileme@gmail.com)